TROUTMAN PEPPER LOCKE LLP
Regina J. McClendon (SBN 184669)
regina.mcclendon@troutman.com
Meagan S. Tom (SBN 273489)
meagan.tom@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Fax: (415) 477-5710

Attorneys for Defendant
LPP Mortgage, Inc. f/k/a LPP Mortgage Ltd.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLARA GIANNA GALLUSZ, <br><br> Plaintiff, <br><br> vs. <br><br> LPP MORTGAGE, INC. F/K/A LPP MORTGAGE LTD., <br><br> Defendants. | CASE NO.: '25CV0885 JLS  BLM <br><br> **NOTICE OF PARTY WITH FINANCIAL INTEREST** <br><br> Complaint Filed: April 10, 2025 |

Pursuant to Civil Local Rule 40.2, defendant LPP Mortgage, Inc. provides this notice of party with financial interest:

LPP Mortgage. Inc., which is a corporation that is not publicly traded.

1
NOTICE OF PARTY WITH FINANCIAL INTEREST
*Gallusz v. LPP Mortgage, Inc.*

| | | |
|---|---|---|
| 1 | Dated: April 14, 2025 | Respectfully submitted, |
| 2 | | TROUTMAN PEPPER LOCKE LLP |
| 3 | | |
| 4 | | |
| 5 | | By: */s/ Meagan S. Tom* |
| 6 | |     Regina J. McClendon |
|   | |     Meagan S. Tom |
| 7 | | Attorneys for Defendant LPP Mortgage, Inc. f/k/a LPP Mortgage Ltd. |