1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN PEPPER LOCKE LLP
Regina J. McClendon (SBN 184669)
regina.mcclendon@troutman.com
Meagan S. Tom (SBN 273489)
meagan.tom@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:  (415) 477-5700
Fax:  (415) 477-5710

Attorneys for Defendant
LPP Mortgage, Inc. f/k/a LPP Mortgage Ltd.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLARA GIANNA GALLUSZ, | CASE NO.:  3:25-cv-00885-JLS-BLM |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| LPP MORTGAGE, INC. F/K/A LPP MORTGAGE LTD., | Complaint Filed: April 10, 2025 |
| Defendants. | |

| | | |
|---|---|---|
| **STATE OF CALIFORNIA** | ) | **CERTIFICATE OF SERVICE** |
| **COUNTY OF SAN FRANCISCO** | ) ss. | |

### *Gallusz v. LPP Mortgage, Inc.*
### U.S.D.C. S.D. Cal., Case No. 3:25-cv-00885-JLS-BLM

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: Three Embarcadero Center, Suite 800, San Francisco, CA 94111. On April 16, 2025, I served the foregoing document described as:

**ORDER (1) ISSUING ADMINISTRATIVE STAY (2)
REQUIRING DEFENDANT RESPOND TO PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

on the parties or attorneys for parties in this action who are identified below, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated below).

Klara Gallusz                                      *Plaintiff in Pro Per*
3639 Midway Drive, Unit 408
San Diego, CA 92110
Tel:      (619) 916-9215
Email:   klaragianna@gmail.com

☑ **BY MAIL.** I placed ____ the original or __✓__ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties listed above, and caused each such envelope to be deposited in the mail at Three Embarcadero Center, Suite 800, San Francisco, CA 94111. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☑ **BY E-MAIL.** I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address for each of the parties listed above, as last given by that person on any document which he or she has filed in this action and served upon this office.

☑ **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on April 16, 2025, at San Francisco, California.

_____
Hayli Holmes