TROUTMAN PEPPER LOCKE LLP
Regina J. McClendon (SBN 184669)
regina.mcclendon@troutman.com
Meagan S. Tom (SBN 273489)
meagan.tom@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Fax: (415) 477-5710

Attorneys for Defendant
LPP Mortgage, Inc. f/k/a LPP Mortgage Ltd.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLARA GIANNA GALLUSZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LPP MORTGAGE, INC. F/K/A LPP MORTGAGE LTD.,<br><br>　　　　　Defendants. | CASE NO.: 3:25-cv-00885-JLS-BLM<br><br>**DECLARATION OF REGINA J. MCCLENDON IN SUPPORT OF LPP MORTGAGE, INC.'S OPPOSITION TO EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Complaint Filed: April 10, 2025 |

　　　I, Regina J. McClendon, declare:

　　　1.　　I am an attorney licensed to practice before all the courts of the State of California and in the United States District Court for the Southern District of California. I am a partner at the law firm of Troutman Pepper Locke LLP, the firm representing Defendant LPP Mortgage, Inc. f/k/a LPP Mortgage Ltd. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness,

could and would testify competently thereto.

2. I am the lead counsel in this matter. I graduated from the University of California College of the Law, San Francisco (formerly known as University of California, Hastings College of the Law) in 1996. I received my B.A. with honors from the University of Texas at Austin in 1993. I have practiced law continuously in the area of civil litigation since shortly after my graduation from law school. Since 1999, my practice has primarily consisted of representing banks, financial institutions, and mortgage companies in both class action and individual lawsuits brought by borrowers. I have represented mortgage servicers and lenders in hundreds of cases filed by individual borrowers, and I have taken many such cases through trial and appeal. I have represented defendants in cases pending in states other than California as well, including Washington, Montana, Texas, Nevada, Kentucky, Connecticut, Ohio, Illinois, Arizona, New York, and New Jersey.

3. In my opinion, based upon almost 29 years' experience as a licensed attorney who regularly represents mortgage servicers in this area of law, including through trial, I estimate that LPP will incur $95,000 in attorney's fees to litigate this matter through trial. This estimate does not include attorney's fees already billed to LPP in connection with this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 17, 2025   */s/ Regina J. McClendon*
Regina J. McClendon