*Gallusz v. LPP Mortgage, Inc.*

# TABLE OF CONTENTS FOR EXHIBITS TO DECLARATION OF MELISSA SASSINE IN SUPPORT OF LPP MORTGAGE, INC.'S OPPOSITION TO EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

| EXHIBIT | PAGE |
|---|---|
| 1 | 1 |
| 2 | 10 |
| 3 | 39 |
| 4 | 42 |
| 5 | 50 |
| 6 | 58 |
| 7 | 94 |
| 8 | 106 |
| 9 | 108 |
| 10 | 127 |
| 11 | 140 |
| 12 | 153 |
| 13 | 156 |
| 14 | 161 |
| 15 | 200 |
| 16 | 219 |
| 17 | 236 |
| 18 | 359 |
| 19 | 375 |
| 20 | 554 |
| 21 | 561 |
| 22 | 597 |
| 23 | 600 |
| 24 | 642 |
| 25 | 644 |
| 26 | 648 |
| 27 | 650 |
| 28 | 660 |
| 29 | 662 |
| 30 | 681 |
| 31 | 687 |
| 32 | 689 |
| 33 | 698 |
| 34 | 774 |
| 35 | 793 |
| 36 | 813 |
| 37 | 823 |
| 38 | 829 |
| 39 | 839 |
| 40 | 841 |

144569397v.1

| | |
|---|---|
| 41 | 852 |
| 42 | 859 |
| 43 | 861 |
| 44 | 868 |
| 45 | 871 |
| 46 | 878 |

Case 3:25-cv-00885-JLS-BLM     Document 8-3     Filed 04/17/25     PageID.203     Page 2 of 2

*Gallusz v. LPP Mortgage, Inc.*

144569397v.1