TROUTMAN PEPPER LOCKE LLP
Regina J. McClendon (SBN 184669)
regina.mcclendon@troutman.com
Meagan S. Tom (SBN 273489)
meagan.tom@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Fax: (415) 477-5710

Attorneys for Defendant
LPP Mortgage, Inc. f/k/a LPP Mortgage Ltd.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLARA GIANNA GALLUSZ, <br><br> Plaintiff, <br><br> vs. <br><br> LPP MORTGAGE, INC. F/K/A LPP MORTGAGE LTD., <br><br> Defendants. | CASE NO.: 3:25-cv-00885-JLS-BLM <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LPP MORTGAGE, INC.'S OPPOSITION TO EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** <br><br> Complaint Filed: April 10, 2025 |

Defendant LPP Mortgage, Inc. f/k/a LPP Mortgage Ltd. ("Defendant") respectfully requests that, pursuant to Federal Rules of Evidence, Rule 201, the Court take judicial notice of the following evidence, in support of its concurrently filed Opposition to Emergency Ex Parte Application for Temporary Restraining Order.

1. Attached as **_Exhibit 1_** is a true and correct copy of the Deed of Trust recorded in the San Diego County Recorder's Office on December 22, 2005, as document number 2005-1098367.

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LPP'S OPPOSITION TO EMERGENCY *EX PARTE*
*Gallusz v. LPP Mortgage, Inc.*, Case No. 3:25-cv-00885-JLS-BLM

2. Attached as ***Exhibit 2*** is a true and correct copy of the Assignment of Deed of Trust recorded in the San Diego County Recorder's Office on July 3, 2012, as document number 2012-0386586.

3. Attached as ***Exhibit 3*** is a true and correct copy of the Assignment of Deed of Trust recorded in the San Diego County Recorder's Office on February 14, 2014, as document number 2014-0063110.

4. Attached as ***Exhibit 4*** is a true and correct copy of the Corporate Assignment of Deed of Trust recorded in the San Diego County Recorder's Office on September 7, 2016, as document number 2016-0466904.

5. Attached as ***Exhibit 5*** is a true and correct copy of the Corporate Assignment of Deed of Trust recorded in the San Diego County Recorder's Office on September 7, 2016, as document number 2016-0466905.

6. Attached as ***Exhibit 6*** is a true and correct copy of the Assignment of Deed of Trust recorded in the San Diego County Recorder's Office on February 21, 2017, as document number 2017-0081521.

7. Attached as ***Exhibit 7*** is a true and correct copy of the Grantor Deed recorded in the San Diego County Recorder's Office on April 15, 2024, as document number 2024-0092961.

8. Attached as ***Exhibit 8*** is a true and correct copy of the Grantor Deed recorded in the San Diego County Recorder's Office on June 26, 2024, as document number 2024-0161271.

9. Attached as ***Exhibit 9*** is a true and correct copy of the Substitution of Trustee recorded in the San Diego County Recorder's Office on November 15, 2024, as document number 2024-0318998.

10. Attached as ***Exhibit 10*** is a true and correct copy of the Notice of Default and Election to Sell Under Deed of Trust recorded in the San Diego County Recorder's Office on November 15, 2024, as document number 2024-0318999.

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LPP'S OPPOSITION TO EMERGENCY *EX PARTE*
*Gallusz v. LPP Mortgage, Inc.*, Case No. 3:25-cv-00885-JLS-BLM

11. Attached as **<u>Exhibit 11</u>** is a true and correct copy of the Notice of Trustee's Sale recorded in the San Diego County Recorder's Office on March 17, 2025, as document number 2025-0067791.

Dated: April 17, 2025                    Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP


By: */s/ Regina J. McClendon*
    Regina J. McClendon
    Meagan S. Tom
Attorneys for Defendant LPP Mortgage, Inc. f/k/a LPP Mortgage Ltd.