FILED
APR 1 8 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ RMC _____ DEPUTY

Klara Gianna Gallusz
3639 Midway Drive, Unit 408
San Diego, CA 92110
619-916-9215
klaragianna@gmail.com

April 18, 2025

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway
San Diego, CA 92101

Re: Supplemental Declaration in Support of Ex Parte Application for Temporary Restraining Order

Case No.: 3:25-cv-00885-JLS-BLM

To the Clerk of the Court:

I am the Plaintiff in the above-captioned matter. Enclosed please find a Supplemental Declaration in Support of my previously filed Ex Parte Application for Temporary Restraining Order, along with Exhibit A, which provides notice of a new foreclosure sale date set for April 30, 2025.

This supplemental filing is submitted to notify the Court that the Defendant or its agents have scheduled a second foreclosure date while the TRO remains pending before the Court. I respectfully ask that this supplemental declaration be filed in support of my TRO so that the Court may consider this updated and time-sensitive information.

Thank you for your time and attention to this matter.

Respectfully submitted,

*Klara Gianna Gallusz*
Klara Gianna Gallusz
Pro Se Plaintiff

Page 1

Klara Gallusz
3639 Midway Drive, Unit 408
San Diego, CA 92110
619-916-9215
Klara Gallusz, In Pro Per

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLARA GIANNA GALLUSZ | Case No.: **25-CV-885-JLS (BLM)** |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF PLAINTIFF IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| LPP MORTGAGE, INC. F/K/A LPP MORTGAGE LTD. | |
| Defendant. | |

**SUPPLEMENTAL DECLARATION OF PLAINTIFF IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

I, Klara Gianna Gallusz, declare as follows:

1. I am the Plaintiff in this action. I submit this supplemental declaration in support of my previously filed Ex Parte Application for Temporary Restraining Order.

2. On or about April 16, 2025, I received an email from Rita Terzyan, Foreclosure Case Manager for Prober & Raphael, ALC notifying me that the foreclosure sale of my property has been rescheduled for **April 30, 2025**. A true and correct copy of that email is attached as **Exhibit A.**

Page 1

3. The original foreclosure sale was scheduled for April 16, 2025. I filed for emergency relief in state court, and Defendant removed the matter to this Court just two days before the original sale. That removal cut off state court jurisdiction and left me without meaningful access to injunctive relief.

4. Despite the pending TRO application, Defendant or its agents have now scheduled a second sale date, again placing my home in jeopardy while this Court has not yet ruled on the pending request for relief.

5. Proceeding with foreclosure under these circumstances would cause irreparable harm and may violate the judicial status quo. It places my property at immediate risk and threatens to render this Court's jurisdiction and equitable review meaningless.

6. I respectfully request that the Court grant the Temporary Restraining Order or issue an immediate administrative stay of any foreclosure activity until a ruling on the TRO is issued.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18 day of April 2025.

Klara Gianna Gallusz
Pro Se Plaintiff

**EXHIBIT A**
**NOTICE OF FORECLOSURE SALE DATE**

# M Gmail

Klara <klaragianna@gmail.com>

---

## FEDERAL CASE PENDING -CORRESPONDENCE ATTACHED
2 messages

---

**Klara** <klaragianna@gmail.com>  
To: eyeranosian@pralc.com  
Bcc: Klara <klaragianna@gmail.com>

Wed, Apr 16, 2025 at 9:26 AM

Klara Gianna Gallusz
3639 Midway Drive, Unit 408
San Diego, CA 92110
619-916-9215
klaragianna@gmail.com
Date: April 16, 2025
TO:
LPP Mortgage, Inc. f/k/a LPP Mortgage Ltd.
6000 Legacy Drive
Plano, TX 75024
Certified Mail Tracking No.: 9589 0710 5270 2429 1450 24
Prober & Raphael, ALC
Attn: Elizabeth Yeranosian
20750 Ventura Blvd, Suite 108
Woodland Hills, CA 01364
Certified Mail Tracking No.: 9589 0710 5270 2330 3320 49
URGENT LEGAL NOTICE – FEDERAL CASE PENDING – FORECLOSURE SALE SCHEDULED FOR APRIL 16, 2025, at 10:30 A.M.
RE: Property Address: 3050 Rue D'Orleans, Unit #410, San Diego, CA 92110
Federal Case No. 3:25-cv-00885-JLS-BLM
U.S. District Court – Southern District of California
To Whom It May Concern:
This letter places all parties on formal legal notice that a federal civil rights action is currently pending concerning the above-referenced property.
I am the Plaintiff in a pending suit filed on April 15, 2025, asserting violations under 42 U.S.C. § 1983, Article III, and related constitutional and statutory protections. A request for Temporary Restraining Order (TRO) and injunctive relief has been filed and is currently under judicial review. The court has issued an Administrative Stay and ordered the defendant(s) to respond.
Proceeding with the foreclosure sale scheduled for April 16, 2025, at 10:30 A.M., while the case is active and under federal review, may constitute a knowing violation of federal law, fraud upon the court, and deprivation of rights under color of law.
This includes potential liability for:
- Due Process violations under the U.S. Constitution
- Federal civil rights damages under § 1983
- Rescission, quiet title, and injunctive relief

**PAGE 1 OF 3**

- Mail fraud, wire fraud, and RICO exposure under 18 U.S.C. §§ 1961–1964

This federal case and its filings are a matter of public record. Any party proceeding with the sale while this case is active does so at their own legal peril.

You are now on notice.

Respectfully,

Klara Gianna Gallusz
619-916-9215
klaragianna@gmail.com

## SWORN DECLARATION OF SENDING AND PERSONAL KNOWLEDGE

I, Klara Gianna Gallusz, declare under penalty of perjury under the laws of the United States and the laws of my state, that:

1. I am the undersigned author of this notice.
2. I personally prepared and reviewed the contents herein.
3. I mailed and/or electronically delivered this document to the parties listed above on the date indicated.
4. All facts stated are true to the best of my knowledge and belief.

Executed this 16th day of April 2025.

Klara Gianna Gallusz

cc: Regina J. McClendon, Troutman Pepper Locke LLP
    MCG Mortgage, Inc.

📎 **URGENT LEGAL NOTICE -FEDERAL CASE PENDING - TO SEND TO LAWYERS AND LPP MGC 4-16-25.pdf**
1529K

---

**Rita Terzyan** <rterzyan@pralc.com>                                    Wed, Apr 16, 2025 at 10:09 AM
To: "klaragianna@gmail.com" <klaragianna@gmail.com>
Cc: Elizabeth Yeranosian <EYeranosian@pralc.com>

Hello,

Please be advised sale has been postponed. New sale date is 4/30/2025 at 10:30AM.

D.077-989

3050 RUE D' ORLEANS

San Diego, California 92110

Thank you,

PAGE 2 OF 3

*Rita Terzyan* | *Foreclosure Case Manager*

# PROBER & RAPHAEL
## A LAW CORPORATION

*Serving the Lending Industry for Over 30 Years*

PROBER & RAPHAEL, A LAW CORPORATION

20750 Ventura Blvd., Suite 108, Woodland Hills, CA 91364

Tel: (818) 227-0100, ext. 347 | Fax: (818) 227-0637

rterzyan@pralc.com | www.pralc.com

If I am unavailable and should you require immediate attention, please contact:

Elizabeth Yernosian | Foreclosure Team Leader

PROBER AND RAPHAEL, A LAW CORPORATION

20750 Ventura Blvd., Suite 108 | Woodland Hills, CA 91364

Tel: (818) 227-0100, ext. 355 | Fax: (818) 227-0637

eyeranosian@pralc.com | www.pralc.com

CONFIDENTIALITY NOTE

The information contained in this email message is or may be attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email.
[Quoted text hidden]

CONFIDENTIALITY Note: The information contained in this message is intended only for the personal and confidential use of the recipient(s) named above and may be privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you have received this document in error and any review, dissemination, distribution or copying of this message is strictly prohibited. Please notify the sender via telephone or email of any inadvertent receipt and permanently delete the message. Please note that email may not be a secure method of communication. FDCPA Notice: This message is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.