UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLARA GIANNA GALLUSZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LPP MORTGAGE, INC. f/k/a LPP MORTGAGE LTD,<br><br>　　　　　　　　　　Defendant. | Case No.: 25-CV-885 JLS (BLM)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS**<br><br>(ECF No. 16) |

Presently before the Court is Plaintiff Klara Gianna Gallusz's ("Plaintiff") Motion for Leave to Electronically File Documents ("Mot.," ECF No. 16).

Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." S.D. Cal. CivLR 5.4(a). With respect to *pro se* litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (Jan. 22, 2025) [hereinafter, "*ECF Manual*"], *available at* https://www.casd.uscourts.gov/_assets/pdf/cmecf/Electronic%20Case%20Filing%20Procedures%20Manual.pdf. "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and

software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.* The manual refers to the Court's official web site for CM/ECF technical specifications, *id.* § 1(i), which includes a "[c]omputer running on Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat Reader 7.0 or higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. United States District Court, Southern District of California, CM/ECF Information: General Info, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited May 9, 2025).

Here, Plaintiff "affirms the ability to access a personal computer equipped with reliable internet service, a PDF reader/writer, and a document scanner." Mot. ¶ 3. Plaintiff further indicates she has "established a PACER account and possesses the technical proficiency necessary to comply with CM/ECF filing requirements," and "agrees to comply with all applicable rules governing electronic filing, including formatting, service, deadlines, and all provisions of the Local Rules of the Southern District of California." *Id.* ¶¶ 4–5.

In light of the foregoing, the Court **GRANTS** Plaintiff's Motion (ECF No. 3). Plaintiff **SHALL REGISTER** as a user with the Clerk's Office and as a subscriber to PACER per section 2(b) of the *Electronic Case Filing Administrative Policies and Procedures Manual.*

**IT IS SO ORDERED.**

Dated: May 9, 2025

Hon. Janis L. Sammartino
United States District Judge