UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLARA GIANNA GALLUSZ,<br><br>                                Plaintiff,<br><br>v.<br><br>LPP MORTGAGE, INC. f/k/a LPP MORTGAGE LTD,<br><br>                                Defendant. | Case No.: 25-CV-885 JLS (BLM)<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS**<br><br>(ECF No. 15) |

Presently before the Court is Defendant LPP Mortgage, Inc.'s Motion to Dismiss ("Mot.," ECF No. 15). Plaintiff Klara Gianna Gallusz has filed an Opposition, *see* ECF No. 19, to which Defendant filed a Reply, *see* ECF No. 28. Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this matter appropriately decided on the papers without oral argument; accordingly, the Court **VACATES** the June 26, 2025 hearing and takes the Motion under submission.

**IT IS SO ORDERED.**

Dated: June 18, 2025

Hon. Janis L. Sammartino
United States District Judge